WILLIAM ZINKE et al., Copartners under the Firm Name of ZINKE & RUNGE, Respondents, *v.* JOHN C. HIPKINS et al., Appellants.

*Appeal — unanimous affirmance — motion to dismiss appeal granted.*

*Zinke* v. *Hipkins*, 193 App. Div. 913, appeal dismissed.

(Submitted November 15, 1920; decided November 23, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 17, 1920, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the judgment of affirmance was unanimous and that permission to appeal had not been obtained.

*Alexander Holtzoff* for motion.

*Robert E. McLear* opposed.

Motion granted.

In the Matter of the Claim of JAMES CASMEY against GEORGE PARKS SONS Co., INCORPORATED, et al., Respondents.

LAVINIA P. CASMEY, as Administratrix of the Estate of JAMES CASMEY, Deceased, Appellant.

(Submitted November 15, 1920; decided November 23, 1920.)

MOTION to amend remittitur.     (See 229 N. Y. 623.)

Motion granted and remittitur amended by striking out allowance of costs.